**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

JASON SCOTT, individually and on
behalf of all others similarly situated,

                     Plaintiff,

      v.                                      Civil Action No. 1:26-cv-2256

MAXIM HAIR RESTORATION, LLC,

                                             **MOTION FOR ADMISSION PRO**

                                             **HAC VICE**

                         Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __**Tyler K. Somes**__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __**Jason Scott**__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __District of Columbia and Texas__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 23, 2026             Respectfully Submitted,

                                  Applicant Signature: _s/ Tyler K. Somes_

                                  Applicant's Name: Tyler K. Somes

                                  Firm Name: Hedin LLP

                                  Address: 1100 15th Street NW, Suite 4-105K

                                  City/State/Zip: Washington DC, 20005

                                  Telephone/Fax: (202) 900-3332

                                  Email: Tsomes@hedinllp.com