**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JASON SCOTT, individually and on behalf of all
others similarly situated,

            Plaintiff,

    v.

  MAXIM HAIR RESTORATION, LLC,

            Defendant.

Case No. 1:26-cv-2256

---

**DECLARATION OF TYLER SOMES IN SUPPORT OF**
**PRO HAC VICE ADMISSION**

I, Tyler Somes, declare as follows:

1.  I am an attorney with the law firm Hedin LLP, counsel for Plaintiff Jason Scott in the above captioned matter. I submit this Declaration in support of my Motion for Pro Hac Vice Admission.

2.  I am a member in good standing of the bar the District of Columbia and I have attached a Certificate of Good Standing issued within the last thirty (30) days (**Exhibit A**).  I am also a member in good standing of the bar of the State of Texas and I have attached a Certificate of Good Standing issued within the last thirty (30) days (**Exhibit B**).

3.  I have never been convicted of a felony.

4.  I was once fined in the amount of $150 by the Hon. Mark T. Pittman of the United States District Court for the Northern District of Texas.  That fine was later overturned by the United States Court of Appeals for the Fifth Circuit. *See In re Tyler Somes*, Case No. 25-10424 (5th Cir. July 2, 2025). The circumstances of the fine are described in the letter attached as **Exhibit C**. Besides that instance, I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.  There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2026               Respectfully submitted,

                                /s/ *Tyler Somes*
                                Tyler Somes

**HEDIN LLP**
1100 15th Street NW, Suite 04-108
Washington DC, 20005
Tel: (202) 900-3332
E-mail: tsomes@hedinllp.com