**UNITED STATES DISTRICT COURT**

**<u>SOUTHERN DISTRICT OF NEW YORK</u>**

JASON SCOTT**,** individually and on
behalf of all others similarly situated,

                 Plaintiff,

         v.                                  Civil Action No. 1:26-cv-2256

MAXIM HAIR RESTORATION, LLC,

                                                  **MOTION FOR ADMISSION PRO**

                                                  **HAC VICE**

                         <u>Defendant.</u>

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York,       **Jason Shi**               hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

         **Jason Scott**                      in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of <u>District of Columbia and Texas</u> and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 23, 2026            Respectfully Submitted,

                                     Applicant Signature: *s/ Jason Shi*

                                     Applicant's Name: Jason Shi

                                     Firm Name: Hedin LLP

                                     Address: 1100 15th Street NW,

                                     City/State/Zip: Washington DC, 20005

                                     Telephone/Fax: (202) 908-2920

                                     Email: Jshi@hedinllp.com