

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# *Jason Shi*

*was duly qualified and admitted on January 4, 2026 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my***
***name and affixed the seal of this***
***Court at the City of***
***Washington, D.C., on March 18, 2026.***

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*