**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JASON SCOTT, individually and on behalf of all
others similarly situated,

                     Plaintiff,

    v.

  MAXIM HAIR RESTORATION, LLC,

                  Defendant.

Case No. 1:26-cv-02256

**DECLARATION OF JASON SHI IN SUPPORT OF**
**PRO HAC VICE ADMISSION**

I, Jason Shi, declare as follows:

1.  I am an attorney with the law firm Hedin LLP, counsel for Plaintiff Jason Scott in the above captioned matter. I submit this Declaration in support of my Motion for Pro Hac Vice Admission.

2.  I am a member in good standing of the bar of Texas and I have attached a Certificate of Good Standing issued within the last thirty (30) days (**Exhibit A**).

3.  I am a member in good standing of the bar of the District of Columbia and I have attached a Certificate of Good Standing issued within the last thirty (30) days (**Exhibit B**).

4.  I have never been convicted of a felony.

5.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.  There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2026              Respectfully submitted,

                                 */s/ Jason Shi*
                                 Jason Shi
                                 **HEDIN LLP**
                                 1100 15th Street NW, Suite 04-111
                                 Washington DC, 20005

Tel: (202) 908-2920
E-mail: jshi@hedinllp.com