**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

JASON SCOTT**,** individually and on
behalf of all others similarly situated,

                Plaintiff,

    v.                                    Civil Action No. 1:26-cv-2256

MAXIM HAIR RESTORATION, LLC,

                                              **MOTION FOR ADMISSION PRO**

                                              **HAC VICE**

                      Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, _____**Jason Shi**_____hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

_____**Jason Scott**_____in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of <u>District of Columbia and Texas</u> and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 23, 2026            Respectfully Submitted,

                                         Applicant Signature: *s/ Jason Shi*_____

                                         Applicant's Name: Jason Shi_____

                                         Firm Name: Hedin LLP_____

                                         Address: 1100 15th Street NW,_____

                                         City/State/Zip: Washington DC, 20005_____

                                         Telephone/Fax: (202) 908-2920_____

                                         Email: Jshi@hedinllp.com_____