**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON SCOTT individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>MAXIM HAIR RESTORATION, LLC,<br>                    Defendant. | Civil Action No. 1:26-cv-2256<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of <u>Jason Shi</u>, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of <u>District of Columbia and Texas</u>; and that his/her contact information is as follows (please print):

Applicant's Name: <u>Jason Shi</u>

Firm Name: <u>Hedin LLP</u>

Address: <u>1100 15th Street NW,</u>

City/ State/ Zip: <u>Washington DC, 20005</u>

Telephone/ Fax: <u>(202) 908-2920</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Jason Scott</u> in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ................................

United States District/ Magistrate

Judge