

Wall Street Plaza, 88 Pine Street, 29th Floor, New York, NY 10005-1801
(212) 376-6400  Fax (212) 376-6490

Direct Dial:  (212) 376-6483
Email:  mmnudelman@mdwcg.com

June 3, 2026

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re: Scott v. Maxim Hair Restoration, LLC
     Case No.  1:26-cv-02256-LAK
     Our File:  21263.00578

Dear Judge Kaplan:

  This firm represents Defendant Maxim Hair Restoration LLC., in connection with the above-referenced matter. I write to request an extension of time to respond to the Complaint in this matter to June 11, 2026.  This is the first request for an extension of time to respond to the Complaint.  I have spoken with plaintiff's attorneys, who have consented to this extension. This request will not affect any other deadline in this matter. As such, we respectfully request that the Court grant this request for an extension of time to respond to the Complaint to June 11, 2026.

  Thank you for your consideration of this request.

       Respectfully submitted,

       */s/ Maria Nudelman*
       MARIA NUDELMAN


cc: Tyler Somes, Esq. (via ECF)
  Jason Shi, Esq. (via ECF)
  Adrain Gucovschi, Esq. (via ECF)