

Wall Street Plaza, 88 Pine Street, 29th Floor, New York, NY 10005-1801
(212) 376-6400  Fax (212) 376-6490

Direct Dial:  (212) 376-6483
Email:  mmnudelman@mdwcg.com

June 10, 2026

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

     Re:    Scott v. Maxim Hair Restoration, LLC
            Case No.  1:26-cv-02256-LAK
            Our File:  43959.00102

Dear Judge Kaplan:

This firm represents Defendant Maxim Hair Restoration LLC in the above-referenced matter. We respectfully request that the Court extend Defendant's deadline to respond to the Complaint to June 25, 2026. This is Defendant's second request for an extension. The additional time is necessary due to unexpected obligations arising in another matter.

I have conferred with Plaintiff's counsel, who have consented to this extension. Plaintiff's counsel has also requested that their deadline to file any opposition be extended to July 23, 2026, and Defendant consents to that request.

Accordingly, the parties jointly request that the Court extend Defendant's deadline to respond to the Complaint to June 25, 2026, and extend Plaintiff's deadline to file any opposition to July 23, 2026.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Maria Nudelman*
MARIA NUDELMAN

cc:    Tyler Somes, Esq. (via ECF)
       Jason Shi, Esq. (via ECF)
       Adrain Gucovschi, Esq. (via ECF)

A PROFESSIONAL CORPORATION  |  PA  NJ  DE  OH  FL  NY  CT  |  www.marshalldennehey.com