UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JASON SCOTT, individually and on behalf of all
Others similarly situated,

                                                Case No.:  1:26-cv-02256- LAK

                              Plaintiff,
     -against-                                 **NOTICE OF
APPEARANCE**

MAXIM HAIR RESTORATION, LLC

                              Defendant.
-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned counsel appears for defendant, **MAXIM HAIR RESTORATION, LLC**, and demands that all notices and papers required to be given to and served upon defendant in connection with the above-captioned matter be given to and served upon the undersigned at the office, address and telephone number set forth below.

       **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in the above-captioned matter, whether formal or informal, whether written or oral and whether transmitted by mail, delivery, telephone, telefax or electronically.

Dated:  New York, New York
        June 11, 2026

                                         MARSHALL DENNEHEY, P.C.

                                       /s/ *Nicholas P. Chrysanthem*

                         By:    _____
                                      Nicholas P. Chrysanthem, Esq.
                                      Attorneys for Defendant
                                      Maxim Hair Restoration, LLC
                                      Wall Street Plaza, 88 Pine Street 29th Floor
                                      New York, New York 10005
                                      (212) 376-6574
                                      npchrysanthem@mdwcg.com