UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JASON SCOTT, individually and on behalf of all
Others similarly situated,

Case No.: 26-cv-02256

                         Plaintiff,

            -against-

MAXIM HAIR RESTORATION, LLC.,

                         Defendants.
------------------------------------------------------------------X

**NOTICE OF DEFENDANT MAXIM HAIR RESTORATION, LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Maxim Hair Restoration, LLC.'S Motion to Dismiss Plaintiffs' Class Action Complaint, and upon all prior pleadings and proceedings had herein, Defendant Maxim Hair Restoration, LLC. will move this Court located at 500 Pearl St. New York, NY 10007, at a date and time to be determined by the Court, for an order dismissing Plaintiffs' Class Action Complaint in this action pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      June 25, 2026

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

By:    */s/ Maria Nudelman*
        Nicholas P. Chrysanthem, Esq.
        Maria Nudelman, Esq.
        *Attorneys for Defendant*
        *Maxim Hair Restoration, LLC*
        Wall Street Plaza,
        88 Pine Street 29th Floor
        New York, New York 10005
        (212) 376-6574
        npchrysanthem@mdwcg.com
        mmnudelman@mdwcg.com

## <u>CERTIFICATE OF SERVICE</u>

I, Maria Nudelman, hereby certify that on June 25, 2026, a copy of the foregoing document was filed electronically and served by e-mail to all parties of record via ECF.

<u>*/s/ Maria Nudelman*</u>
Maria Nudelman