UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
JASON SCOTT, individually and on behalf of all
Others similarly situated,

                           Case No.:  1:26-cv-02256- LAK

                      Plaintiff,

   -against-                             **NOTICE OF**
                                       **APPEARANCE**

MAXIM HAIR RESTORATION, LLC

                      Defendant.
---------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned counsel appears for defendant, **MAXIM HAIR**

**RESTORATION, LLC**, and demands that all notices and papers required to be given to and served upon

defendant in connection with the above-captioned matter be given to and served upon the undersigned at

the office, address and telephone number set forth below.

      **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in the

above-captioned matter, whether formal or informal, whether written or oral and whether transmitted by

mail, delivery, telephone, telefax or electronically.

Dated:  New York, New York
         June 11, 2026

                             MARSHALL DENNEHEY, P.C.

                 By:  _____

                             Nicholas P. Chrysanthem, Esq.
                             Attorneys for Defendant
                             Maxim Hair Restoration, LLC
                             Wall Street Plaza, 88 Pine Street 29th Floor
                             New York, New York 10005
                             (212) 376-6574
                             npchrysanthem@mdwcg.com