Case 1:26-cv-02256-LAK Document 21 Filed 07/27/26 Page 1 of 2

MARSHALL DENNEHEY

Wall Street Plaza, 88 Pine Street, 29th Floor, New York, NY 10005-1801
(212) 376-6400 Fax (212) 376-6490

Direct Dial: (212) 376-6483
Email: mmnudelman@mdwcg.com

**MEMORANDUM ENDORSED**

July 27, 2026

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 7/28/2026

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Scott v. Maxim Hair Restoration, LLC
Case No. 1:26-cv-02256-LAK
Our File: 43959.00102

Dear Judge Kaplan:

This firm represents Defendant Maxim Hair Restoration LLC in the above-referenced matter. We respectfully request that the Court extend Defendant's deadline to respond to the First Amended Class Action Complaint (Document 20) to August 6, 2026. This is Defendant's first request for an extension after Plaintiff filed the First Amended Class Action Complaint.

We have conferred with Plaintiff's counsel, who have consented to this extension. Plaintiff's counsel has also requested that their deadline to file any opposition be extended to September 7, 2026, and Defendant consents to that request.

Accordingly, the parties jointly request that the Court extend Defendant's deadline to respond to the First Amended Class Action Complaint to August 6, 2026, and extend Plaintiff's deadline to file any opposition to September 7, 2026.

Thank you for your consideration of this request.

**Granted. Defendant's motion to dismiss the class action complaint (Dkt 17) is denied without prejudice to renewal.**

SO ORDERED

Lewis A. Kaplan, USDJ

Respectfully submitted,

*/s/ Maria Nudelman*
MARIA NUDELMAN

Dated: July 28, 2026